# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **EULA MCNEIL,** | * | |
| *Plaintiff,* | * | Case No. 06-804L |
| v. | * | Senior Judge Smith |
| | * | Filed: February 2, 2007 |
| **THE UNITED STATES**, | * | |
| *Defendant.* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

This case was filed on **December 1, 2006**, on transfer from the **United States District Court for the Southern District of Mississippi (Western District)**. **Joseph B. Moffet, Esquire**, who appeared of record for plaintiff in that Court was so noted here. **Mr. Moffet** is not a member of the bar of the United States Court of Federal Claims. On said date, the appropriate notice indicating the filing here was forwarded to said attorney together with instructions as to further proceedings pursuant to Rule 3.1, including a note that "failure to comply with the enclosed instructions, within the time provided, may result in the case being dismissed for failure to prosecute." The time as provided for in Rule 3.1 expired on **December 29, 2006.** Nothing has been received and plaintiff is in default. Upon consideration, thereof,

IT IS HEREBY ORDERED this date that absent compliance by plaintiff within 15 days of this date, the Clerk is directed to enter judgment dismissing the case pursuant to Rule 41(b) for failure of plaintiff to prosecute or otherwise comply with the rules of this court.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
Senior Judge