**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **EULA C. McNEIL,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | **No. 06-804 L** |
| | ) | |
| **v.** | ) | **Hon. Loren A. Smith** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**NOTICE OF APPEARANCE**

To the Clerk of the Court:

Please enter the appearance of Mark T. Romley as counsel of record for Defendant United States of America in the above-referenced action. Service of all papers by U.S. Mail should be addressed as follows:

Mark T. Romley
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0458
Fax: (202) 305-0274

Overnight and hand deliveries should be addressed to:

Mark T. Romley
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
Room 3533
601 D Street, NW
Washington, D.C. 20004

Dated: February 26, 2007.

Respectfully submitted,

s/ Mark T. Romley

Mark T. Romley
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0458
Fax: (202) 305-0274