**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **EULA C. McNEIL,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | **No. 06-804 L** |
| | ) | |
| **v.** | ) | **Hon. Loren A. Smith** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**JOINT PRELIMINARY STATUS REPORT**

---

Plaintiff Eula McNeil, and defendant, United States of America, by and through their respective counsel, hereby submit this Joint Preliminary Status Report pursuant to the Rules of the United States Court of Federal Claims, Appendix A ("RCFC").

**A. JURISDICTION**

Assuming that plaintiff can establish the necessary facts, the parties agree that the Tucker Act, 28 U.S.C. § 1491, confers jurisdiction on this Court to adjudicate a claim of a Fifth Amendment taking.

**B. PARTIES**

The parties do not believe this case should be consolidated with any other case.

**C. BIFURCATION**

The parties believe that the proceedings in this matter should be bifurcated between the liability and damages phases.

**D. <u>DEFERRAL OF PROCEEDINGS</u>**

The parties do not believe that the proceedings should be deferred.

**E. <u>REMAND OR SUSPENSION</u>**

The parties are not seeking a remand or suspension.

**F. <u>ADDITIONAL PARTIES</u>**

The parties do not anticipate the addition of any other parties to this suit.

**G. <u>MOTIONS</u>**

Defendant anticipates that it will file a motion for summary judgment pursuant to RCFC 56 after the close of discovery.

**H. <u>RELEVANT FACTUAL AND LEGAL ISSUES</u>**

**<u>Plaintiff's Statement</u>**

Plaintiff believes the primary issues in this litigation are as follows:

1) Whether defendant's actions amount to a taking of an interest in plaintiff's property without compensation, in violation of the Fifth Amendment?

2) If defendant's actions amount to an unconstitutional taking, what amount of compensation is plaintiff due?

**<u>Defendant's Statement</u>**

Defendant believes the primary issues in this litigation are those stated by plaintiff and the following threshold question:

Whether plaintiff's claims sound in tort, thereby depriving the Court of jurisdiction over this matter?

**I. SETTLEMENT**

The parties have engaged in limited settlement discussions at this time. Settlement discussion are not likely to be productive until after completion of a study of plaintiff's property by experts retained by the United States. That process will be conducted as part of the proposed discovery plan. See ¶ M, infra.

**J. TRIAL**

Defendant believes that this case can be resolved by dispositive motion. Should dispositive motions fail to resolve the matter, the parties anticipate that this case will proceed to trial on those issues that remain. The parties do not request expedited trial scheduling. The parties agree that any trial should be held in Mississippi.

**K. ELECTRONIC CASE MANAGEMENT NEEDS**

There are no special issues regarding electronic case management needs.

**L. OTHER**

There are no additional issues that the parties feel warrant the attention of the Court at this time.

**M. DISCOVERY PLAN**

The parties request nine months for the completion of discovery in this case. The process of discerning the cause of the flooding that allegedly damaged plaintiff's property will be technically complex and require the work of experts. Accordingly, the parties will need sufficient time for the preparation and evaluation of their respective experts' reports.

Additionally, if this matter is not bifurcated, the parties request that discovery in this matter be split into liability and damages phases.

Respectfully submitted by defendant on behalf of the parties this 8th day of June, 2007.

s/ Joseph B. Moffet by Mark T. Romley
JOSEPH B. MOFFETT
Attorney at Law
P.O. Box 1060
Fayette, MS 39069
Phone: (601) 786-6605
Fax: (601) 786-3450

Counsel for Plaintiff

– and –

RONALD J. TENPAS
Acting Assistant Attorney General
Environment and Natural Resources Division

s/ Mark T. Romley
Mark T. Romley
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0458
Fax: (202) 305-0274

Counsel for Defendant