# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **EULA MCNEIL,** | * | |
| *Plaintiff,* | * | Case No. 06-804L |
| v. | * | Senior Judge Smith |
| | * | Filed: June 22, 2007 |
| **THE UNITED STATES**, | * | |
| *Defendant.* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## SCHEDULING ORDER

Pursuant to the telephone status conference held on June 21, 2007, discovery shall be concluded on Tuesday, March 4, 2008. The Court hereby **SCHEDULES** a telephone status conference for Tuesday, March 4, 2008 at 4:00 p.m. EDT.

The Court further **SCHEDULES** a telephone status conference for Friday, October 26, 2007 at 4:00 p.m. EDT for the purpose of addressing litigation or discovery related issues.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
Senior Judge