# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * *
*
**EULA MCNEIL,** *
*
*Plaintiff,* * Case No. 06-804L
*
v. * Senior Judge Smith
*
* Filed: October 26, 2007
**THE UNITED STATES**, *
*
*Defendant.* *
*
* * * * * * * * * * * * * * * * * * * * * * * * * *

**SCHEDULING ORDER**

The Court hereby **CANCELS** the telephone status conference for Friday, October 26, 2007 at 4:00 p.m. EDT. The previously scheduled telephone status conference for Tuesday, March 4, 2008 at 4:00 p.m. EDT remains unchanged. In the event the parties need a status conference prior to this date, the parties shall contact the Judge's law clerk.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
Senior Judge