# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| EULA C. McNEIL, | ) | |
| Plaintiff, | ) | No. 06-804 L |
| v. | ) | Hon. Loren A. Smith |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

## UNOPPOSED MOTION TO REVISE THE DISCOVERY SCHEDULE

Defendant, with the agreement of Plaintiff, hereby respectfully moves to revise the discovery schedule in the above referenced matter. The parties request that the period for fact discovery be extended one hundred twenty (120) days, or to and including July 2, 2008.

By an Order dated June 22, 2007, the Court set March 4, 2008 as the closing date for discovery in this case. (Docket No. 9). Due to certain developments in the discovery process Defendant, with the agreement of Plaintiffs, respectfully moves for another one hundred twenty (120) day extension of the period for discovery, or to and including July 2, 2008. This is the first request for extension of this deadline.

This case concerns the flooding of Plaintiff's property which she alleges to have been caused by the construction of the Town Creek bridge and/or the construction of an Emergency Watershed Protection Project by the Natural Resources Conservation Service. The parties have been diligently engaged in the discovery process but need more time to complete their work.

Counsel for Defendant consulted with Counsel for Plaintiff who indicated that plaintiff agrees to this enlargement.

**WHEREFORE**, for the reasons stated above, Defendant respectfully requests that the

deadline for completion of discovery be extended one hundred twenty (120) days, or to and including July 2, 2008.

Dated: February 25, 2008.

Respectfully submitted,

RONALD J. TENPAS
Acting Assistant Attorney General
Environment and Natural Resources Division

s/ Mark T. Romley
Mark T. Romley
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0458
Fax: (202) 305-0274