# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * | | |
| | * | |
| **EULA MCNEIL,** | * | |
| | * | |
| *Plaintiff,* | * | Case No. 06-804L |
| | * | |
| v. | * | Senior Judge Smith |
| | * | |
| | * | Filed: February 25, 2008 |
| **THE UNITED STATES**, | * | |
| | * | |
| *Defendant.* | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * | | |

## SCHEDULING ORDER

The Court hereby GRANTS Defendant's Unopposed Motion to Revise the Discovery Schedule. Discovery shall be completed by July 2, 2008.

The Court hereby **RESCHEDULES** the telephone status conference for previously set for Tuesday, March 4, 2008 to Tuesday, July 8, 2008 at 4:00 p.m.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
Senior Judge