**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| EULA C. McNEIL, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | No. 06-804 L |
| | ) | |
| v. | ) | Hon. Loren A. Smith |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MOTION TO REVISE THE DISCOVERY SCHEDULE**

Defendant hereby respectfully moves to revise the discovery schedule in the above referenced matter. Defendant requests that the period for fact discovery be extended sixty (60) days, or to and including September 1, 2008.

By an Order dated June 22, 2007, the Court set March 4, 2008 as the closing date for discovery in this case. (Docket No. 9). In response to an unopposed motion, the Court further extended the discovery period in this case until July 2, 2008. (Docket No. 11). This is the second request for extension of this deadline.

This case concerns the flooding of Plaintiff's property which she alleges to have been caused by the construction of the Town Creek bridge and/or the construction of an Emergency Watershed Protection Project by the Natural Resources Conservation Service. The parties have been diligently engaged in the discovery process but need more time to complete their work. Specifically, Defendant's gathering of the information sought by Plaintiff has been slowed by the retirement of the person with the greatest knowledge of the Natural Resources Conservation Service's files pertaining to this matter. Additionally, Defendant is still awaiting supplemental responses to its requests for documents and interrogatories.

On July 2, 2008, Counsel for Defendant attempted to contact Counsel for Plaintiff by telephone message and fax to get his position on this motion. Defendant will continue to attempt to contact Plaintiff's counsel in an attempt to discern Plaintiff's position on this motion.

**WHEREFORE**, for the reasons stated above, Defendant respectfully requests that the deadline for completion of discovery be extended sixty (60) days, or to and including September 1, 2008.

Dated: July 2, 2008.

Respectfully submitted,

RONALD J. TENPAS
Acting Assistant Attorney General
Environment and Natural Resources Division

s/ Mark T. Romley

Mark T. Romley
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0458
Fax: (202) 305-0274