# In the United States Court of Federal Claims

| | |
|---|---|
| **EULA MCNEIL,** *Plaintiff,* | Case No. 06-804L |
| v. | Senior Judge Smith |
| **THE UNITED STATES**, *Defendant.* | Filed: July 9, 2008 |

## ORDER

The Court hereby **GRANT**S Defendant's Unopposed Motion to Revise the Discovery Schedule. Discovery shall be completed by September 2, 2008.

The Court hereby **RESCHEDULES** the telephone status conference for previously set for Tuesday, July 8, 2008 to Tuesday, September 9, 2008 at 11:00 a.m. EDT.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
Senior Judge