# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| Eula McNeil, | ) | |
| | ) | Hon. Loren A. Smith |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-804 |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MOTION TO ENLARGE THE DISCOVERY PERIOD

Defendant, United States of America hereby respectfully moves to revise the discovery schedule in the above referenced matter. Defendant moves to extend the discovery deadline by an additional sixty (60) days, or to and including November 3, 2008.

Discovery is currently scheduled to close September 2, 2008. This is the fourth request for extension of this deadline.

This case allegedly arises out of certain activities taken by the Natural Resources Conservation Service on or near Town Creek outside of Natchez, Mississippi. Plaintiff alleges that separate dam and bridge reconstruction projects have caused increased flooding on her property.

The parties have not conducted any depositions in this matter and Defendant is still assembling documents to produce in response to Plaintiff's request for production. Furthermore, Defendant is still awaiting production from Plaintiff of documents responsive to its document production requests. These outstanding tasks necessitate the seeking of this enlargement.

Counsel for Defendant attempted to contact counsel for Plaintiff on August 29, 2008 and

September 2, 2008 but was unable to obtain Plaintiff's position on this motion.

**WHEREFORE**, for the reasons stated above, defendant respectfully requests that the deadline for completion of discovery be extended sixty (60) days, or to and including November 3, 2008.

Dated: September 2, 2008.

Respectfully submitted,
RONALD J. TENPAS
Acting Assistant Attorney General
Environment and Natural Resources Division

s/ Mark T. Romley

Mark T. Romley
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0458
Fax: (202) 305-0506