# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **EULA MCNEIL,** | * | |
| *Plaintiff,* | * | Case No. 06-804L |
| v. | * | Senior Judge Smith |
| | * | Filed: September 4, 2008 |
| **THE UNITED STATES**, | * | |
| *Defendant.* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court hereby **GRANTS** Defendant's Motion to Enlarge the Discovery Period. Discovery shall be completed by November 3, 2008. The telephone status conference previously scheduled for September 9, 2008, is **RESCHEDULED** for Thursday, December 4, 2008 at 2:00 p.m.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
Senior Judge